IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JAMES MICHAEL ROBINSON,
    Plaintiff,                                        Civil Action No. 7:17-cv-00259

v.                                                      **MEMORANDUM OPINION**

KELLER, et al,                               By:    Norman K. Moon
    Defendant(s).                              United States District Judge

       James Michael Robinson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, while incarcerated. By its Order entered June 5, 2017, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration will result in dismissal of this action.

       The court's mail to plaintiff has been returned as undeliverable, and plaintiff has not contacted the court since June 5, 2017. Plaintiff failed to comply with the court's Order requiring plaintiff to maintain an accurate mailing address. Therefore, the court finds that plaintiff failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's June 5, 2017, Order. Accordingly, I dismiss the action without prejudice and deny all pending motions as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

       The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

       **ENTER**: This  3rd  day    July  2017.

                                                             _/s/ Norman K. Moon_
                                                            NORMAN K. MOON
                                                            UNITED STATES DISTRICT JUDGE