IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL ROBINSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00259 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| KELLER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

By order entered November 16, 2017, the court conditionally filed plaintiff James Michael Robinson's complaint brought pursuant to 42 U.S.C. § 1983, and directed him to provide the court with certain financial information. That order was returned to the court as undeliverable and with no forwarding address. Robinson has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Robinson's complaint without prejudice. Robinson is advised that he may refile his claims in a separate action.

    **ENTER**: This  30th  day of November, 2017.

                                                                                   /s/ Norman K. Moon
                                                                             NORMAN K. MOON
                                                                             UNITED STATES DISTRICT JUDGE