# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES MICHAEL ROBINSON,** | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00259 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KELLER,** *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby **ORDERED** that Robinson's complaint is **DISMISSED without prejudice** and this case is **STRICKEN** from the active docket of this court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff at his last known address.

**ENTER**: This 30th day of November, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE